

Entered on Docket
September 17, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

1 | KATHLEEN A. LEAVITT
~~CHAPTER 13 STANDING TRUSTEE~~
2 | 201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101
3 | (702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE: | Chapter 13 |
| DANIEL ROSALES | BKS-10-24110-LBR |
| | |
| | Hearing Date: N/A |
| Debtor | Hearing Time: N/A |
| | |
| **PRO SE DEBTOR** | |
| **Attorney for Debtor** | |

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

   As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the forty-five (45) day period, which expired on September 11, 2010.

. . .

. . .

. . .

1

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: September 15, 2010
9 (tsw)